UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANJELA GREER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-1185-EFM |
| | ) |
| CITY OF WICHITA, KANSAS, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING WAM DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO AMEND SCHEDULING ORDER**

Having considered Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's First Amended Complaint and to Amend Scheduling Order (ECF Doc. 30), and for good cause shown,

IT IS HEREBY OREDERED that the motion is GRANTED. The court extends the deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint to **November 30, 2016**, the deadline to produce documents identified in initial disclosures to **November 30, 2016**, and the deadline to file motions to amend to **December 21, 2016**.

Dated this 26th day of October, 2016.

                                                      s/ James P. O'Hara
                                                     James P. O'Hara
                                                     United States Magistrate Judge